IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRIUMPH FURNITURE PROCESSING-
EXPORT JOINT STOCK COMPANY,

    Plaintiff,

v.

EVEREST FURNITURE COMPANY and
DOES 1-20,

    Defendants.

No. C 13-01729 SI

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE TRANSFERRED FOR IMPROPER VENUE**

On April 17, 2013, plaintiff Triumph filed this breach of contract action, alleging that Everest had failed to pay for furniture that Triumph had delivered to Everest. Everest did not answer or respond to the complaint, and Triumph was granted and entry of default by the clerk, and has moved for default judgment.

Triumph is a Vietnamese corporation, and Everest is a corporation based in Fresno, California which is located in the Eastern District of California. Triumph has not alleged any facts that would show that venue is proper in this district, the Northern District of California. *See* 28 U.S.C. § 1391. **Accordingly, plaintiff is ORDERED TO SHOW CAUSE in writing by no later than October 3, 2013, why this case should not be transferred for improper venue**. If plaintiff does not respond adequately by October 3, 2013, this action will be transferred to the Eastern District of California for further proceedings.

    **IT IS SO ORDERED.**

Dated: September 24, 2013

                                                      SUSAN ILLSTON
                                                      United States District Judge