**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIUMPH FURNITURE PROCESSING-EXPORT JOINT STOCK COMPANY,<br><br>    Plaintiff,<br><br>   v.<br><br>EVEREST FURNITURE COMPANY,<br><br>    Defendant.<br>                                                   / | No. C 13-1729 SI<br><br>**JUDGMENT** |

Judgment is hereby entered in favor of plaintiff and against defendant in the amount of $223,414.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: August 25, 2014

                                                                  SUSAN ILLSTON
                                                                   United States District Judge